IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | No. 20-cr-382-2 |
| v. | : | |
| | : | |
| MAXIMO VICTORINO TAPIA ZABALA | : | |
| | : | |

## ORDER

**AND NOW**, this **28th** day of **July 2023**, upon consideration of Defendant Maximo Victorino Tapia Zabala's Petition for Compassionate Release or Reduction of Sentence (ECF No. 122), and the Government's Response in Opposition (ECF No. 124), it is hereby **ORDERED** that for the reasons set forth in the accompanying Memorandum, Defendant's Petition is **DENIED**.

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**

1